Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888   Fax: (630) 981-3896

In re:
CARY D HASS
CARLEEN E HASS

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
ATTN CASHIERING DEPT
WEST PALM BEACH, FL 33409

Case No. 09-24459
Account No. 3814
    CARY D HASS
    CARLEEN E HASS
    5009 DUNBAR CT
    PLAINFIELD, IL 60586

    SCHOTTLER & ASSOC
    7222 W CERMAK RD #701
    NORTH RIVERSIDE, IL 60546

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment. The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on August 29, 2014 .

/S/   Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trust